A. Cristina Weidner Tafs
SUSITNA LAW, LLC
911 W. 8th Avenue, Suite 205
Anchorage, Alaska 99501
Phone: (907) 947-8888
Email: 49thstatelaw@gmail.com
www.SusitnaLaw.com
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:22-cr-36-MMS |
| ) | |
| v. ) | |
| ) | |
| WAYNE RICHARD KING, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **NOTICE OF ATTORNEY APPEARANCE**

COMES NOW A. Cristina Weidner Tafs, of Susitna Law, LLC, and hereby enters her appearance on behalf of WAYNE RICHARD KING, Defendant in the above-captioned matter. Counsel was appointed pursuant to the Criminal Justice Act to represent the Defendant.

Please address a copy of all pertinent pleadings, orders and correspondence to:

*United States v. King,* Case No. 3:22-cr-36-MMS

1

A. Cristina Weidner Tafs
Susitna Law, LLC
911 W. 8th Avenue, Suite 205
Anchorage, Alaska 99501
Phone: (907) 947-8888
www.SusitnaLaw.com
Email: 49thstatelaw@gmail.com

RESPECTFULLY SUBMITTED this 27th day of May, 2022.

/s/ A. Cristina Weidner Tafs
Susitna Law, LLC
911 W. 8th Avenue, Suite 205
Anchorage, Alaska 99501
Phone: (907) 947-8888
E-mail: 49thstatelaw@gmail.com
ABA No. 0011089

CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2022, a copy of the foregoing was served via email on the United States Attorney's Office.

s/ A. Cristina Weidner Tafs

Susitna Law, LLC
911 W. 8th Avenue, Suite 205
Anchorage, AK 99501
(907) 947-8888

*United States v. King,* Case No. 3:22-cr-36-MMS

2

Case 3:22-cr-00036-MMS    Document 9    Filed 05/27/22    Page 2 of 2