# UNITED STATES DISTRICT COURT
for the

District of Alaska ▾

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Wayne King | ) | Case No.  3:22-cr-36-MMS |
|  | ) | |
| *Defendant* | ) | |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A MISDEMEANOR CASE

A United States magistrate judge has explained to me the nature of the charges against me and the maximum penalty that may be imposed on each charge if I am found guilty.  The magistrate judge has also informed me of my right to a lawyer, my right to a jury trial, and my right to be tried, judged, and sentenced before either a United States district judge or a United States magistrate judge.

I consent to being tried before a United States magistrate judge, and I waive my rights to trial, judgment, and sentencing by a United States district judge.

/s/ Wayne King (counsel read to D over phone)

*Defendant's signature*

## Waiver of a Right to Trial by Jury

I waive my right to a jury trial.

*Defendant's signature*

The United States consents to the jury-trial waiver:

*Government representative's signature*

*Government representative's printed name and title*

## Waiver of a Right to Have 30 Days to Prepare for Trial

I waive my right to have 30 days to prepare for trial.

/s/ Wayne King (counsel read to D over phone)

*Defendant's signature*

A. Cristina Weidner Tafs                                         /s/ A. Cristina Weidner Tafs

*Printed name of defendant's attorney (if any)*         *Signature of defendant's attorney (if any)*

Date: _____          Approved by: _____

*Magistrate Judge's signature*