S. LANE TUCKER
Acting United States Attorney

CHARISSE ARCE
STEVEN E. SKROCKI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: charisse.arce@usdoj.gov
Email: steven.skrocki@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>   vs.<br><br>WAYNE RICHARD KING,<br><br>                Defendant. | No. 3:22-cr-00036-MMS |

**JOINT STATUS REPORT**

      The parties file the following status report in the above captioned case. The parties have agreed, due to the running of the Speedy Trial clock, that the United States will seek dismissal of this case without prejudice. Once that is granted, the parties have agreed that the United States will re-file the Information, effectively initiating a new case, and that a plea agreement pursuant to that Information will be filed shortly thereafter or

concurrently with the Information.

The parties apologize for missing the earlier deadline set by the court, the parties could not finish communicating on this matter due to calendar conflicts and travel. The notice seeking dismissal will be filed shortly with the court.

RESPECTFULLY SUBMITTED September 14, 2022, in Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

s/ Steven E. Skrocki
STEVEN E. SKROCKI
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2022,
a true and correct copy of the foregoing
was served electronically on the following:

A. Cristina Weidner Tafs

s/ Steven E. Skrocki
Office of the U.S. Attorney