# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:22-cr-00036-MMS |
| WAYNE RICHARD KING, | ) |
| Defendant. | ) |

## JUDGMENT OF DISCHARGE
### Fed.R.Crim.P. 32(k)(1)

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒ The court has granted the motion of the government for dismissal without prejudice;
☐ The court has granted the motion of the defendant for a Judgment of Acquittal;
☐ A jury has been waived, and the court has found the defendant NOT GUILTY;
☐ The jury has returned its verdict, finding the defendant NOT GUILTY;
☐ (Other reason, or reasons, if any);

of the offense(s) of 18:371 and 16:3372 as charged in count(s) 1-4 of the Information

**IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

**DATED**, this 26th day of October, 2022.

_____
United States Magistrate Judge

[DISCHARG*Rev.07/03]